IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Respondent/Plaintiff,<br><br>vs.<br><br>Gregory Thomas Young, Jr.,<br><br>    Movant/Defendant. | No. CV-10-2415-PHX-ROS (MHB)<br>No. CR-07-1217-PHX-ROS<br><br>**ORDER** |

Pending before the Court is: (1) Movant/Defendant's motion to vacate, set aside or correct sentence (the "Motion"); and (2) the magistrate judge's Report and Recommendation ("R&R"). The Motion appears as Doc. 1 in civil case CV-10-2415 and Doc. 152 in criminal case CR-07-1217. The R&R appears as Doc. 11 in civil case CV-10-2415. For the reasons below, the R&R will be adopted in full.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Where any party has filed timely objections to the magistrate judge's report and recommendations, the district court's review of the part objected to is to be *de novo. Id.*; *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, but not otherwise.") (internal quotations and citations omitted).

The R&R was issued November 21, 2011. No objections being made, the Court will adopt the Report and Recommendation in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation **(Doc. 11 in civil case CV-10-2415)** is **ADOPTED IN FULL**.

**IT IS ORDERED** Petitioner's motion to vacate, set aside or correct sentence **(Doc. 1 in civil case CV-10-2415)** and **(Doc. 152 in criminal case CR-07-1217)** is **DENIED**.

**IT IS ORDERED** a Certificate of Appealability and leave to proceed *in forma pauperis* on appeal is denied because jurists of reason would not find the ruling debatable, and because Petitioner has not made a substantial showing of the denial of a constitutional right.

DATED this 29th day of December, 2011.

_____
Roslyn O. Silver
Chief United States District Judge